USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/26/2025__

# CLIFTON BUDD & DeMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
PARTNER  
E-MAIL: IAPOULOS@CBDM.COM

June 25, 2025

**VIA ECF**  
Hon. Analisa Torres  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

    Re:    *Castillo et al v. G8X LLC et al*  
             25-cv-04406-AT

Dear Judge Torres:

    This firm represents the Defendants in the above-referenced action. Pursuant to Your Honor's *Individual Practices in Civil Cases*, Defendants respectfully request that Your Honor extend the Defendants' time to move, answer, or otherwise respond from Wednesday, June 25, 2025, until Wednesday, July 9, 2025. This extension is necessary for the Defendants to finalize their investigation of the facts and circumstances of the Plaintiff's Complaint.

    Counsel for the Plaintiff consents to this request. This is the Defendants' first request for adjournment or extension.

    Thank you for Your Honor's consideration.

                        Respectfully submitted,  
                        CLIFTON BUDD & DeMARIA, LLP  
                        *Attorneys for the Defendants*

                        By: _____  
                              Ian-Paul A. Poulos

GRANTED.

SO ORDERED.

Dated: June 26, 2025  
         New York, New York

                        _____  
                        ANALISA TORRES  
                        United States District Judge