# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

**MEMO ENDORSED**

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

October 7, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/25
```

**VIA ECF**
Hon. Barbara Moses, Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> *[signature]*
>
> Barbara Moses
> United States Magistrate Judge
> October 9, 2025

Re:   *Castillo et al v. G8X LLC et al*
      1:25-cv-04406-AT

Dear Judge Moses:

This firm represents Defendants G8X LLC and Dimitrios Soursos (collectively, "Defendants"). Pursuant to Paragraph 1(b) of Your Honor's *Individual Practices,* Defendants write with Plaintiff's consent to respectfully request an extension of the current October 9, 2025 deadline to file a letter motion to review the Parties' settlement agreement (the "Motion for Settlement Approval").

The parties have been actively working on finalizing the settlement agreement but will need additional time for execution and finalizing the *Cheeks* letter. In addition, Plaintiff's counsel will be unavailable during the continuing Jewish holidays.

For these reasons, the Defendants request, with Plaintiff's consent, that the Court extend the deadline to file the Motion for Settlement through and including October 23, 2025.

This is a joint request to extend this deadline. Other deadlines will not be affected should the Court grant this extension request.

Thank you for Your Honor's time and consideration.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: *Michelle A. Bozza*
    Michelle A. Bozza

CC:   All counsel of record (via ECF)