**MEMO ENDORSED**

# THE SAMUEL LAW FIRM

Attorneys At Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/24/25__

1441 Broadway – Suite 6085, New York, NY 10018
Phone: (212) 563-9884 | Fax: (212) 563-9870 | Website: www.thesamuellawfirm.com

MICHAEL SAMUEL
Michael@thesamuellawfirm.com

ADMITTED IN
NY

October 23, 2025

**Via ECF**

The Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court – Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

> Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.
>
> /s/ Barbara Moses
> Barbara Moses
> United States Magistrate Judge
> October 24, 2025

Re: Mauro Castillo et al. v. G8X LLC d/b/a Greek Express et al.; 25-cv-4406-BCM

Dear Judge Moses:

We represent plaintiff Mauro Castillo ("Plaintiff") in the above-referenced action and submit this letter jointly with the defendants, G8X LLC d/b/a Greek Express and Dimitrios Soursos a/k/a Jimmy Soursos, pursuant to Rule 2.a. of Your Honor's Individual Practices, to respectfully request an extension of seven (7) days to complete execution of the settlement by all parties and file the motion for settlement approval, which motion is currently due today.

This is the second such request for extension (the first such request was granted on October 9, 2025 (ECF 24)) and is necessitated by unanticipated delays in obtaining all required party signatures on the settlement agreement, which delays are expected to be resolved forthwith. We thank the Court for it attention to this matter and are available at the Court's convenience should the Court have any questions regarding the contents of this letter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

Cc: Ian-Paul A. Poulos, Esq. (via ECF)
Clifton, Budd & DeMaria, LLP
*Attorneys for Defendants*