# CLIFTON BUDD & DEMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
PARTNER  
E-MAIL: IAPOULOS@CBDM.COM

November 10, 2025

**VIA ECF**  
Hon. Barbara C. Moses  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl St.  
Courtroom 20A  
New York, NY 10007-1312

Re: Castillo et al v. G8X LLC et al  
1:25-cv-04406-BCM

Dear Judge Moses:

  This firm represents the Defendants in the above-referenced action. Defendants write on behalf of all parties to notify the Court that Plaintiff's Counsel has provided the undersigned with Plaintiff's executed settlement agreement. The fully executed agreement, which is being submitted in support of the pending motion for settlement (ECF Doc. 27), is attached to this letter. The previously filed version only included the signature page from the Defendants.

  Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for the Defendants*

By: _____  
   Ian-Paul A. Poulos

CC: All Counsel of Record