# THE SAMUEL LAW FIRM

### ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

MICHAEL SAMUEL                    June 25, 2026                    ADMITTED IN NY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/26/26__
```

# MEMO ENDORSED

*Via ECF; Total Pages: 1*
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE:**        ***Castillo et al v. G8X LLC et al***
              **Docket No. 1:25-cv-04406-BCM**

Dear Judge Moses:

This firm represents plaintiff Mauro Castillo ("Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Order dated May 15, 2026 (ECF No. 31), the parties are directed to re-submit their Stipulation of Dismissal with Prejudice within five (5) days of Plaintiff's Counsel's receipt of the settlement sum. Pursuant to Rule 2.a. of Your Honor's Individual Practices, the undersigned requests a two-week extension of time to file the stipulation, to July 9, 2026, to file the Stipulation of Dismissal.

Good cause exists for the requested extension. The settlement check sent via FedEx was misplaced and is currently unaccounted for. Accordingly, Plaintiff requested that Defendants stop payment on the original check and issue a replacement check. The parties anticipate that the replacement check will be issued within the next two weeks, and that they will be able to file the Stipulation of Dismissal by July 9, 2026.

There have been no previous requests to extend this deadline, and the proposed extension will not affect any other court appearance or deadline. Defendants' counsel, Ian-Paul Apostole Poulos, joins in this request.

We appreciate the Court's attention and courtesies as to this matter.

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 26, 2026

Cc: Ian-Paul Apostole Poulos (via ECF)

Respectfully submitted,

   _/s/ Michael Samuel___
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiff*